CAUE NO. D-1-GN-19-000436

| | | |
|---|---|---|
| PATRICK COX, FOR HIMSELF AND AS AGENT FOR AOC RANCHES, LLC, TEAM ADVERTISING SERVICES, INC., CCLHR ENTERPRISES, LLC and VPIZZA RESTAURANT 001, LLC, | § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| vs. | § § § | 419TH JUDICIAL DISTRICT |
| THE STATE OF TEXAS, | § § § | |
| Defendant. | § § § | TRAVIS COUNTY, TEXAS |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 10:12:16 AM
CHRISTOPHER A. PRINE
Clerk

---

**ORDER GRANTING IN PART AND DENYING IN PART
TEXAS' PLEA TO THE JURISDICTION AND MOTION FOR SUMMARY JUDGMENT**

---

On June 11, 2025, the Court considered Defendant *Texas's Plea to the Jurisdiction and Motion for Summary Judgment* ("*Plea*"). After considering the combined plea and motion, Plaintiff's response, the evidence submitted, and the arguments of counsel, the Court finds the motion meritorious in part. **IT IS THEREFORE ORDERED** that Texas's *Plea* is **GRANTED IN PART** and **DENIED IN PART**, as follows:

The Court **GRANTS** Texas's *Plea* as to Plaintiff's federal causes of action under 42 U.S.C. § 1983 and the Fifth and Fourteenth Amendments to the United States Constitution.

The Court **DENIES** Texas's *Plea* as to Plaintiff's claims for civil conversion, restitution, and for violations of the Texas Constitution's Takings and Due Course of Law clauses.

The Court also **DENIES** Texas's *Plea* insofar as it sought dismissal of Plaintifs requests for attorney's fees and monetary damages on his state causes of action, and Defendant's request that the Court apply defensive collateral estoppel to preclude Plaintiff from contesting whether the Court-appointed Receiver acted as an arm of the Court or as an independent cause of Plaintifs injuries precluding standing or any recovery against Texas.

Finally, the Court also **DENIES** Texas's request to strike Plaintiff's evidence from consideration.

_____

THE HONORABLE MAYA GUERRA GAMBLE
DISTRICT COURT JUDGE

Signed June 16, 2025